IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EUFRASIA HERRERA | § | |
| | § | |
| VS. | § | NO. 3:15-CV-00504-D |
| | § | |
| SAFECO INSURANCE COMPANY OF INDIANA | § § | |

## ORDER GRANTING AGREED MOTION FOR REMAND

After considering Plaintiff EUFRASIA HERRERA and Defendant SAFECO INSURANCE COMPANY OF INDIANA's Agreed Motion for Remand, the Court

FINDS that the Agreed Motion for Remand is meritorious and this case should be REMANDED to State Court for further proceedings.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that this case be REMANDED to the 116TH Judicial District Court of Dallas County, Texas.

Signed March 12, 2015.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

1